**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Melissa VanGilder,**

*Plaintiff,*

**v.** **Case No: 8:24-cv-689-MSS-UAM**

**Equifax Information Services, LLC,**

*Defendant.*
______________________________________/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, pursuant to Local rule 3.09, and notifies this Court that the Parties have reached a settlement as to all pending claims in this case.

Dated April 10, 2024


*/s/Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing

document is being served this day to counsel for Defendant, via e-notice, email, or U.S. Postal Mail First Class.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103